FILED
APR 25 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY TOWNSEL | Case No: 19 CR 358<br><br>Violations: Title 18 United States Code, Section 111; and Title 18, United States Code, Sections 2261(a)(1) and (b)(5) |

JUDGE LEE
MAGISTRATE JUDGE COX

### COUNT ONE

The SPECIAL DECEMBER 2017 GRAND JURY charges:

On or about November 26, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTHONY TOWNSEL,

defendant herein, did forcibly assault, oppose, impede, intimidate and interfere with a person designated in Title 18, United States Code, Section 1114, namely, an employee of the United States Postal Service, while she was engaged in the performance of her official duties, and in the commission of such acts used a deadly and dangerous weapon, namely a metal baton, and inflicted bodily injury;

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT TWO

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about November 26, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTHONY TOWNSEL,

defendant herein, did knowingly enter the special maritime and territorial jurisdiction of the United States, namely the United States Post Office located at 6559 South Ashland Avenue, in Chicago, Illinois, with the intent to injure, harass and intimidate Victim A, his intimate partner, and in the course of and as a result of that entrance into the special maritime and territorial jurisdiction of the United States, did intentionally commit and attempt to commit a crime of violence, that is, an assault and battery of Victim A by striking her with hands and fists;

In violation of Title 18, United States Code, Sections 2261(a)(1) and (b)(5).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY